IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BREINER DDS, LLC and EMSCULPT OF CT, L.L.C, <br><br> Plaintiffs, <br><br> VS. <br><br> BTL INDUSTRIES, INC., <br><br> Defendant. | Civil Action No.: 1:24-CV-12413-FDS |

**UNOPPOSED ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR A REPLY [DE 18]**

**THIS MATTER** comes before the Court upon Plaintiffs Mark Breiner DDS, LLC and Emsculpt of CT, L.L.C. and Defendant BTL Industries, Inc.'s Joint Motion for Extension of Time to Respond to Defendant BTL Industries, Inc.'s Motion to Dismiss Plaintiff's Complaint (the "Motion") and for a Reply [DE 18], and the Court having been advised of agreement of counsel and otherwise being fully advised, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion [DE 18] is **GRANTED**.

2. Plaintiffs shall have until January 10, 2025 to file their response to Defendant BTL Industries, Inc.'s Motion to Dismiss Plaintiff's Complaint [DE 15] ("Defendant's Motion to Dismiss").

3. Defendant then has 14 days from the date that Plaintiffs file their response to Defendant's Motion to Dismiss to then file a reply to Plaintiffs' response to Defendant's Motion to Dismiss.

**ORDERED** in Boston, Massachusetts on this ____ day of _____, 20___.

_____
**F. DENNIS SAYLOR IV**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All Counsel of Record