**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MARK BREINER DDS, LLC and EMSCULPT OF CT, L.L.C., <br><br> Plaintiffs, <br><br> vs. <br><br> BTL INDUSTRIES, INC., <br><br> Defendant. | Case No. 1:24-CV-12413-FDS |

**DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS
COUNT II OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant BTL Industries, Inc. respectfully moves this Court to dismiss with prejudice Count II of Plaintiffs' Second Amended Complaint. Plaintiffs have failed to allege sufficient facts to establish any claim for relief under the Sherman Act or any antitrust law.

For all the reasons set forth in the accompanying memorandum of law, BTL respectfully requests the Court dismiss Count II of Plaintiffs' Second Amended Complaint and for all other just and proper relief.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d)(4)(A), BTL respectfully requests that the Court schedule a hearing on this motion as soon as the Court's calendar permits.

Dated: March 19, 2026

Respectfully submitted,

/s/ Molly E. Flynn

**BARNES & THORNBURG LLP**

Molly E. Flynn (admitted *pro hac vice*)
1717 Arch Street
Suite 4900
Philadelphia, PA 19103-2825
Tel: (445) 201-8910
Fax: (445) 201 8901
Molly.Flynn@btlaw.com

Heather B. Repicky (BBO # 663347)
Alison C. Casey (BBO # 688253)
Adriana Anita Libutti (BBO # 711815)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5310
Fax: (617) 316-5311
hrepicky@btlaw.com
acasey@btlaw.com
adriana.libutti@btlaw.com

*Counsel for Defendant BTL Industries, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for Defendant has conferred with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issues set forth herein.

/s/ Molly E. Flynn
Molly E. Flynn

2